# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

FILED
APR - 4 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States of America
v.

JOSHUA RADCLIFFE
*Defendant*

Case No.   5:18-cr-00026-03

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSHUA RADCLIFFE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Pretrial Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
**See attached.

Date:   04/03/2019

*Rory L. Perry II*   by: slr
*Issuing officer's signature*

City and state:   Beckley, West Virginia

RORY L. PERRY II, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 4/4/19, and the person was arrested on *(date)* 4/4/19
at *(city and state)* Beckley, WV.

Date: 4/4/19

*Arresting officer's signature*

DUSM J Hagib
*Printed name and title*