**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   **CRIMINAL NO.: 5:18-cr-00026-3** |
| | ) |
| **JOSHUA RADCLIFFE,** | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

For reasons apparent to the Court, the ***Motion*** filed by Defendant (ECF No. 548) is **GRANTED** and the Clerk is requested to **SEAL** the document submitted as an attachment (ECF No. 548-1). The Clerk is further requested to send a copy of this Order to counsel of record.

**ENTERED**:   May 31, 2019.

Omar J. Aboulhosn
United States Magistrate Judge