# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 6/27/2019                                                                 Case Number 5:18-cr-00026
Case Style: USA vs. Joshua Radcliffe
Type of hearing Plea Hearing
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                        Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Monica Coleman

Attorney(s) for the Defendant(s) Michael Whitt

Law Clerk Cynthia Wildfire                                                      Probation Officer Jeff Gwinn

**Trial Time**

**Non-Trial Time**

Plea Hearing

**Court Time**

10:59 am   to 11:02 am
Total Court Time: 0 Hours 3 Minutes Non-Trial Time/Uncontested Time

**Courtroom Notes**

Scheduled Start 11:00 a.m.
Actual Start 10:59 a.m.

Defendant present in person and by counsel.
Counsel note appearances on the record.
Matter scheduled for plea hearing.
Defendant, through counsel, advises that Defendant is not prepared to go forward with the plea hearing.
For reasons stated, Court CANCELS today's plea hearing.
Defendant REMANDED pending sentencing.
Court recessed at 11:02 a.m.