IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL ACTION NO. 5:18-cr-00026-03

JOSHUA RADCLIFFE,

        Defendant.

## WRITTEN PLEA OF GUILTY

In the presence of Michael R. Whitt, my counsel, who has fully explained the charges contained in the Third Superseding Indictment against me, and having received a copy of the Third Superseding Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count Five of the Third Superseding Indictment.

DATE: 8/28/19

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT