# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 5/4/2020                                                                                          Case Number 5:18-cr-00026
Case Style: USA vs. Joshua Radcliffe
Type of hearing Video Teleconference Sentencing
Before the honorable: 2517-Volk
Court Reporter Kathy Swinhart                                                          Courtroom Deputy Sydney Whittington
Attorney(s) for the Plaintiff or Government Monica Coleman, Steve Loew

Attorney(s) for the Defendant(s) Michael Whitt

Law Clerk Eleanor Hurney                                                                  Probation Officer Jeff Gwinn

## Trial Time

## Non-Trial Time

## Court Time

2:45 pm   to 3:25 pm
Total Court Time: 0 Hours 40 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 2:30 p.m.
Actual Start 2:45

Defendant present by video teleconference and by counsel by video teleconference for sentencing as to Count Five.
Counsel for the United States present by video teleconference.
Defendant placed under oath.
Defendant waived right to appear in person, and does not object to the entire proceeding being held by video teleconference.
Counsel notes appearances on the record.
Court addresses PSR; no remaining objections.
Court ADOPTS findings in PSR.
Probation to file PSR in court file under seal.
Court ACCEPTS plea agreement.
Court ADJUDGES Defendant guilty pursuant to prior plea.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
    Custody: 20 months
    Supervised Release: 3 years
    Fine: none imposed
    Assessment:  $100
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Counts One, Four, and Thirty Six DISMISSED upon motion of Government.
Defendant REMANDED.
Court recessed at 3:25 p.m.